Order entered November 21, 2012

005033



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01313-CV

**INSURANCE ALLIANCE, Appellant**

V.

**LAKE TEXOMA HIGHPORT, LLC, Appellee**

On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 08-0604-397

## ORDER

The Court has before it court reporter Paula Thomas's November 19, 2012 request for an extension of time to file the reporter's record. The Court **GRANTS** the request and **ORDERS** Ms. Thomas to file the reporter's record by December 3, 2012.

MOLLY FRANCIS
JUSTICE